United States Bankruptcy Court
Eastern District of Kentucky

In re:  
Bobby L Crump  
    Debtor

Case No. 15-51261-grs  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0643-5     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2015  
                      Form ID: b9in     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2015.

```
db         +Bobby L Crump,    1084 Hickory Ridge Road,    Carlisle, KY 40311-9164
tr         +Beverly M. Burden,    PO Box 2204,    Lexington, KY 40588-2204
5641006     BLUE GRASS FEDERAL SAVINGS AND LOAN,    PO BOX 285,    PARIS, KY 40362-0285
5641007     BLUEGRASS PATHOLOGY ASSOCIATES,    3529 SOLUTIONS CENTER,    CHICAGO, IL 60677-3005
5641008    +BOURBON COMMUNITY HOSPITAL,    9 LINVILLE DRIVE,    PARIS, KY 40361-2196
5641009     CENTRAL CREDIT SERVICES,    20 CORPORATE HILLS DRIVE,    SAINT CHARLES, MO 63301-3749
5641010    +DR. PAMELA COMBS,    24 CLINIC DRIVE #A,    PARIS, KY 40361-2166
5641011    +DR. VICTOR LAWSON,    CENTRAL KY HEAD & NECK SURGICAL ASSOC,    #24 CLINIC DRIVE, STE. B,
              PARIS, KY 40361-2166
5641013     FROST ARNETT COMPANY,    PO BOX 198988,    NASHVILLE, TN 37219-8988
5641016    +JC AUTO DEALS #2,    363 E. MAIN STREET,    CARLISLE, KY 40311-1157
5641017    +LEXINGTON INFECTIOUS DISEASE CONSULTANTS,    1720 NICHOLASVILLE RD., STE. 602,
              LEXINGTON, KY 40503-1488
5641018     MEDICREDIT,    PO BOX 1629,    MARYLAND HEIGHTS, MO 63043-0629
5641019     NORTHLAND GROUP,    PO BOX 129,    THOROFARE, NJ 08086-0129
5641023     NPAS,    BOURBON COMMUNITY HOSPITAL,    PO BOX 630957,    CINCINNATI, OH 45263-0957
5641022    +NPAS,    CLARK REGIONAL MEDICAL CENTER,    PO BOX 630957,    CINCINNATI, OH 45263-0957
5641021     NPAS,    GEORGETOWN COMMUNITY HOSPITAL,    PO BOX 630957,    CINCINNATI, OH 45263-0957
5641020     NPAS,    BOURBON COMMUNITY HOSPITAL,    P.O. BOX 63097,    CINCINNATI, OH 45263-0957
5641024     WEST ASSET MANAGEMENT,    PO BOX 790113,    ST. LOUIS, MO 63179-0113
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: johnsonlawky@gmail.com Jun 26 2015 22:58:13    Elizabeth C Johnson,
              417 High Street,    Paris, KY 40361
5641012     EDI: AMINFOFP.COM Jun 26 2015 22:58:00    FIRST PREMIER BANK,    P.O. BOX 5519,
              SIOUX FALLS, SD 57117-5519
5641014     EDI: PHINAMERI.COM Jun 26 2015 22:58:00    GM FINANCIAL,    PO BOX 183123,
              ARLINGTON, TX 76096-3123
5641015    +E-mail/Text: canderson@hmhosp.org Jun 26 2015 22:58:39    HARRISON MEMORIAL HOSPITAL,
              1210 KY HIGHWAY 36E,    CYNTHIANA, KY 41031-7498
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2015                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2015 at the address(es) listed below:  
NONE.                                                                                                                                              TOTAL: 0

**B9I** (Official Form 9I) (Chapter 13 Case) (12/12)        Case Number **15–51261–grs**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Kentucky

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 6/25/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):
Bobby L Crump
1084 Hickory Ridge Road
Carlisle, KY 40311

| Case Number:<br>15–51261–grs | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–5111 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Elizabeth C Johnson<br>417 High Street<br>Paris, KY 40361<br>Telephone number: (859) 988–6390 | Bankruptcy Trustee (name and address):<br>Beverly M. Burden<br>PO Box 2204<br>Lexington, KY 40588<br>Telephone number: (859) 233–1527 |

## Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **August 7, 2015**      Time: **10:00 AM**
Location: **Community Trust Bank Bldg, Room 529, 100 E Vine St, 5th Floor, Lexington, KY 40507**

## Deadlines:

Documents must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **11/5/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **180 days after the date of the Order for Relief**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
No later than 60 days after the first date set for Meeting of Creditors above.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Hearing on Confirmation of Plan
The hearing on confirmation will be held:
Date: **9/16/15**, Time: **11:30 AM**, Location: **Community Trust Bank Bldg, Room 529, 100 E Vine St, 5th Floor, Lexington, KY 40507**
**Deadline for Objections to Confirmation:**
7 days after **8/7/15**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111 | **Hours Open: Monday – Friday, 9:00 AM – 3:00 PM**<br>Telephone number: (859) 233–2608<br>Date: 6/26/15 |
|---|---|

**Case information 24 hours per day: VCIS 1–866–222–8029**
**Visit our website at www.kyeb.uscourts.gov for more information.**

**EXPLANATIONS** B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan will be sent to you later, and the confirmation hearing will be held on the date indicated on the front of this notice. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––